**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**BRIAN SCHWAB, D.O.**                                                              **PLAINTIFF**

**v.**                                    **CASE NO. 4:11CV00011 BSM**

**UNIVERSITY OF ARKANSAS et al.**                                 **DEFENDANTS**

### JUDGMENT

Pursuant to settlement, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE